IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRY D. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-cv-0766-MJR-DGW |
| | ) | |
| HONEYWELL, INC., | ) | |
| KEN LEWIS, | ) | |
| JASON EVERHART, | ) | |
| RONALD ERICSON, | ) | |
| and DAVID EDWARDS, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

REAGAN, District Judge:

Terry Davis was arrested and charged with threatening a public official (Massac County, Illinois, Circuit Judge Terry Foster) in March 2007. Although the charges in the indictment ultimately were dismissed, he lost his job with Honeywell, Inc. Davis sued Honeywell and four individuals in Illinois state court.

Davis alleged that Honeywell acted through the four individual Defendants (agents or employees) to fabricate a scheme alleging that Davis had threatened Judge Foster, that this was entirely false, and that this conduct constituted malicious prosecution (Count I), defamation (Count II), intentional infliction of emotional distress (Count III), and negligent infliction of emotional distress (Count IV).

Davis further alleged that Honeywell negligently supervised the four individual Defendants, thereby breaching a duty owed to Davis to properly manage the Honeywell supervisors (Count V) and that Honeywell wrongfully discharged him in violation of Illinois public policy (Count VI).

Honeywell timely removed the action to this United States District Court on October 31, 2008, where it was randomly assigned to the Honorable David R. Herndon, Chief Judge. After Judge Herndon recused, the case was reassigned to the undersigned District Judge, who confirmed on threshold review that subject matter jurisdiction lies under the federal diversity statute, 28 U.S.C. § 1332.

On January 6, 2009, the undersigned Judge dismissed Count II (the defamation claim) of the complaint with prejudice and directed Davis to file proof of service on the four individual Defendants no later than February 2, 2009. That deadline has come and gone. Davis (who is represented by counsel) neither filed proof of service nor sought additional time in which to do so. The Order clearly warned that those four Defendants would be dismissed if proof of service was not filed here by February 2nd.

Accordingly, pursuant to **Federal Rule of Civil Procedure 41(b)**, this Court hereby **DISMISSES** Defendants Lewis, Everhart, Ericson and Edwards for Plaintiff's failure to prosecute this action and to comply with the January 6, 2009 Order.

Defendant Honeywell remains herein.

IT IS SO ORDERED.

DATED this 4th day of February 2009.

s/ **Michael J. Reagan**
Michael J. Reagan
United States District Judge